```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:09-cv-00684-WBS-KJM
                                     )
12          Plaintiff,               )   APPLICATION AND ORDER FOR
                                     )   PUBLICATION
13       v.                          )
                                     )
14  2007 YAMAHA RHINO ATV, VIN:      )
    5Y4AM04Y27A033940, CALIFORNIA    )
15  LICENSE NUMBER: 78E45A,          )
                                     )
16  2004 MITSUBISHI KOYKER TRACTOR,  )
    SERIAL NUMBER: 110337,           )
17                                   )
    2004 TERRY TRAILERS FLATBED      )
18  TRAILER, VIN: 1T9CS18274W709850, )
    CALIFORNIA LICENSE NUMBER:       )
19  4GG7716,                         )
                                     )
20  2008 SPCNS TRAILER PTI, VIN:     )
    CA1056326, CALIFORNIA LICENSE    )
21  NUMBER: 4JJ2908, and             )
                                     )
22  2008 YAMAHA 700R RAPTOR ATV,     )
    VIN: JY4AM07Y56C025552,          )
23                                   )
            Defendants.              )
24  _____)
```

25      The United States of America, Plaintiff herein, applies for

26 an order of publication as follows:

27      1.  Rule G(4) of the Supplemental Rules for Admiralty or

28 Maritime Claims and Asset Forfeiture Actions (hereafter

                                    1

"Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendants 2007 Yamaha Rhino ATV, VIN: 5Y4AM04Y27A033940, California License Number: 78E45A; 2004 Mitsubishi Koyker Tractor, Serial Number: 110337; 2004 Terry Trailers Flatbed Trailer, VIN: 1T9CS18274W709850, California License Number: 4GG7716, and 2008 SPCNS Trailer PTI, VIN: CA1056326, California License Number: 4JJ2908 were seized in the city of Oroville, Butte County, California. The Drug Enforcement Administration ("DEA") published notice of the non-judicial forfeiture of the above defendant vehicles on November 24, December 1 and 8, 2008, in The Wall Street Journal. In addition, the defendant 2008 Yamaha 700R Raptor ATV, VIN: JY4AM07Y56C025552 was seized in the city of Oroville, Butte County, California. The DEA published notice of the non-judicial forfeiture of this defendant vehicle on December 1, 8 and 15, 2008, in The Wall Street Journal.

4. Plaintiff proposes that publication be made as follows:
    a. One publication;
    b. Thirty (30) consecutive days;
    c. On the official internet government forfeiture site www.forfeiture.gov;
    d. The publication is to include the following:

(1)  The Court and case number of the action;
                (2)  The date of the arrest/seizure;
                (3)  The identity and/or description of the
property arrested/seized;
                (4)  The name and address of the attorney for the
Plaintiff;
                (5)  A statement that claims of persons entitled
to possession or claiming an interest pursuant to Supplemental
Rule G(5) must be filed with the Court and served on the attorney
for the Plaintiff no later than 60 days after the first day of
publication on the official internet government forfeiture site;
and
                (6)  A statement that answers to the Complaint or
a motion under Rule 12 of the Federal Rules of Civil Procedure
("Fed. R. Civ. P.") must be filed and served within 20 days after
the filing of the claims and, in the absence thereof, default may
be entered and condemnation ordered.

Dated: March 12, 2009           LAWRENCE G. BROWN
                                Acting United States Attorney


                                 /s/ Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant United States Attorney



**ORDER**

    IT IS SO ORDERED.

Dated: March 13, 2009.

                                _____
                                U.S. MAGISTRATE JUDGE