| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, Bar #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
JESS VERNON BRASIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00684 LKK-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER APPOINTING COUNSEL AND EXTENDING TIME FOR CLAIM AND ANSWER** |
| 2007 YAMAHA RHINO ATV, VIN: 5Y4AM04Y27A033940 CALIFORNIA LICENSE NUMBER: 78E45A, | Judge: Hon. Lawrence K. Karlton |
| 2004 MITSUBISHI KOYKER TRACTOR, SERIAL NUMBER: 110337, | |
| 2004 TERRY TRAILERS FLATBED TRAILER, VIN:1T9CS18274W709850, CALIFORNIA LICENSE NUMBER: 4GG7716, | |
| 2008 SPCNS TRAILER PTI, VIN: CA1056326, CALIFORNIA LICENSE NUMBER: 4JJ2908, and | |
| 2008 YAMAHA 700R RAPTOR ATV, VIN: JY4AMO7Y56C025552, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant, Jess Vernon Brasier, as follows:

1. On March 12, 2009, plaintiff filed the above-captioned complaint for forfeiture in rem against assets owned in part by Jess Vernon Brasier. On March 20, 2009, plaintiff served Mr. Brasier with the complaint. On April 1, 2009, this Court issued a Related Case Order reassigning the case to Hon. Lawrence K. Karlton. A status (scheduling) conference is now set for June 15, 2009.

2. Jess Vernon Brasier is currently represented by the Office of the Federal Defender in Cases 2:08-cr-0453 LKK and 2:08-cr-0518, by appointment of the Magistrate Judge based on Mr. Brasier's inability to retain counsel.

3. Section 983, subd. (b)(1)(A) of Title 18, United States Code, provides as follows:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. The parties agree that, pursuant to 18 U.S.C. § 983, the Court may authorize the Federal Defender's Office to represent Jess Vernon Brasier in 2:09-cv-0684 LKK.

/////
/////
/////
/////
/////
/////

5. The parties have also agreed to extend the time in which Jess Vernon Brasier may file his verified claim and answer to June 24, 2009, because his assigned attorney is presently in trial in a complex case before Judge Damrell.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 26, 2009  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Jess Vernon Brasier

LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 24, 2009  /s/ K. Door
KRISTIN S. DOOR
Assistant U.S. Attorney

**O R D E R**

The Office of the Federal Defender is authorized to represent Mr. Brasier in the above-captioned action. The time for filing the verified claim and answer is extended by agreement of the parties to June 24, 2009.

IT IS SO ORDERED.

Dated: April 29, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT