```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JESS VERNON BRASIER
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       ) 2:09-CV-00684 LKK-GGH
                                    )
14              Plaintiff,          )
                                    ) STIPULATION AND ORDER EXTENDING
15       v.                         ) TIME FOR CLAIM AND ANSWER TO BE
                                    ) FILED BY JESS VERNON BRASIER
16  2007 YAMAHA RHINO ATV,          )
    VIN: 5Y4AM04Y27A033940          )
17  CALIFORNIA LICENSE NUMBER:      )
    78E45A,                         ) Judge: Hon. Lawrence K. Karlton
18                                  )
    2004 MITSUBISHI KOYKER TRACTOR, )
19  SERIAL NUMBER: 110337,          )
                                    )
20  2004 TERRY TRAILERS FLATBED     )
    TRAILER, VIN:1T9CS18274W709850, )
21  CALIFORNIA LICENSE NUMBER:      )
    4GG7716,                        )
22                                  )
    2008 SPCNS TRAILER PTI, VIN:    )
23  CA1056326, CALIFORNIA LICENSE   )
    NUMBER: 4JJ2908, and            )
24                                  )
    2008 YAMAHA 700R RAPTOR ATV,    )
25  VIN: JY4AMO7Y56C025552,         )
                                    )
26              Defendants.         )
                                    )
27  _____)

28
```

1   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
2  of America, and claimant, Jess Vernon Brasier, as follows:

3   1.  On March 12, 2009, plaintiff filed the above-captioned complaint
4  for forfeiture in rem against assets owned in part by Jess Vernon
5  Brasier.

6   2.  On April 30, 2009, the Court appointed the Office of the Federal
7  Defender to represent Jess Vernon Brasier (currently represented by the
8  Federal Defender in Cases 2:08-cr-0453 LKK and 2:08-cr-0518) in the above
9  case and extended to June 24, 2009, the time for Mr. Brasier to file his
10 claim and answer.

11  3.  The parties agree that Mr. Brasier may be afforded additional
12 time to July 17, 2009, to file his claim and answer.  The previously-set
13 deadline coincided with jury deliberations in a lengthy and complex jury
14 trial defended by Mr. Brasier's appointed attorney, who missed the
15 appointed deadline.  The United State has agreed to afford Mr. Brasier
16 additional time to file his claim and answer so that he is not penalized
17 for his attorney's oversight.

18  4.  In light of the above, the United States also withdraws its
19 request for Clerk's Entry of Default filed July 9, 2009.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 9, 2009    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Jess Vernon Brasier

LAWRENCE G. BROWN
Acting United States Attorney

Dated: July 9, 2009    /s/ Kristin S. Door
KRISTIN S. DOOR
Assistant U.S. Attorney

Stip & Order                -2-

1 **O R D E R**

2 The time for filing the verified claim and answer is extended by
3 agreement of the parties to July 17, 2009, and the withdrawal of the
4 Request for Entry of Default filed July 9, 2009, is hereby noted.
5 IT IS SO ORDERED.

7 Dated: July 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

For Judge Lawrence K. Karlton