```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  2:09-cv-684 LKK-GGH
                                   )
12          Plaintiff,             )  STIPULATION TO EXTEND
                                   )  STAY OF FURTHER
13      v.                         )  PROCEEDINGS AND ORDER
                                   )
14  2007 YAMAHA RHINO ATV, VIN:    )
    5Y4AM04Y27A033940, CALIFORNIA  )
15  LICENSE NUMBER: 78E45A,        )  DATE: N/A
                                   )  TIME: N/A
16  2004 MITSUBISHI KOYKER TRACTOR,)  COURTROOM: N/A
    SERIAL NUMBER: 110337,         )
17                                 )
    2004 TERRY TRAILERS FLATBED    )
18  TRAILER, VIN: 1T9CS18274W709850,)
    CALIFORNIA LICENSE NUMBER:     )
19  4GG7716,                       )
                                   )
20  2008 SPCNS TRAILER PTI, VIN:   )
    CA1056326, CALIFORNIA LICENSE  )
21  NUMBER: 4JJ2908, and           )
                                   )
22  2008 YAMAHA 700R RAPTOR ATV,   )
    VIN: JY4AM07Y56C025552,        )
23                                 )
            Defendants.            )
24  _____)

25
26      Plaintiff United States of America and claimants Deborah
27  Brasier and Jess R. Brasier, and Jess V. Brasier (hereafter
28  "claimants") request that the stay entered in the case on June 3,
```

2009, be extended to March 1, 2010.  This request is based on the following:

The United States contends that the defendant vehicles were used to facilitate a violation of federal drug laws (cultivation of marijuana) and/or were purchased with the proceeds of drug trafficking, and are therefore forfeitable to the United States. The United States intends to depose all claimants about the claims they filed in this case and the facts surrounding the cultivation of marijuana plants on real property located at 22 Nelsier Place and 57 Nelsier Place.[1]  Plaintiff believes claimant Jess R. Brasier is the son of claimant Jess V. Brasier, a defendant in two related pending cases, <u>United States v. Jess Vernon Brasier and Dean Teskey</u>, 2:08-cr-0453 LKK, and <u>United States v. Jess Vernon Brasier, et al</u>., 2:08-cr-518 LKK.

Jess V. Brasier and Dean Teskey have pled guilty in the above criminal cases.  Teskey is currently scheduled to be sentenced on December 22, 2009.  Brasier is currently scheduled to be sentenced on January 20, 2010.  In his plea agreement, Brasier admitted that federal agents found over 230 marijuana plants growing at 57 Nelsier Place; that over 90 marijuana plants were found growing at 22 Nelsier Place; and that over 70 marijuana plants were found growing at 2091 Debbi Ann Court.[2]  In addition he admitted that he "controlled all three of these

---

[1]  Civil forfeiture actions have been filed against these two properties and are related to the instant case: <u>U.S. v. 22 Nelsier Place</u>, 2:08-cv-2326 LKK-GGH and <u>U.S. v. 57 Nelsier Place</u>, 2:08-cv-2309 LKK-GGH.

[2]  The United States did not file a forfeiture action against this property.

properties" on the date of the search.

If discovery proceeds before Brasier and Teskey are sentenced, they will, undoubtedly, invoke their Fifth Amendment rights against self-incrimination and the United States will be deprived of the ability to explore the factual basis for this forfeiture and to determine whether claimants Deborah and Jess R. Brasier had any knowledge of, or participation in, the criminal activity.

In addition, all claimants intend to depose law enforcement officers who were involved in the investigation that led to the search at the defendant property. Allowing depositions of these officers would adversely affect the ability of the United States to conduct its related criminal investigation.

Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the investigation and possible prosecution of the related-criminal case and/or upon claimants' ability to prove their claim to the property and to contest the government's allegations that the property is forfeitable. For these reasons, the parties request that this matter be stayed until after both Jess V. Brasier and Dean Teskey have been sentenced. The United States will be making a similar request in the related cases, (<u>U.S. v. 57 Nelsier Place</u>, 2:08-cv-2309 LKK-GGH) and <u>U.S. v. 22 Nelsier Place</u>, 2:08-cv-2326 LKK-GGH. Accordingly, the parties request that the stay be extended to March 1, 2010. At that time the parties will advise the Court whether a further stay is necessary.

///

///

```
1  DATED: November 16, 2009        BENJAMIN B. WAGNER
                                   United States Attorney
2

3                             By:  /s/ Kristin S. Door
                                   KRISTIN S. DOOR
4                                  Assistant U.S. Attorney
                                   Attorneys for plaintiff
5                                  United States of America

6

7  DATED: November 19, 2009         /s/ John H. Feiner
                                   JOHN H. FEINER
8                                  Attorney for claimants
                                   Jess R. Brasier and
9                                  Deborah Brasier

10

11 DATED: November 16, 2009        DANIEL J. BRODERICK
                                   Federal Defender
12

13
                              By   /s/ Timothy Zindel
14                                 TIMOTHY ZINDEL
                                   Assistant Federal Defender
15                                 Attorney for claimant
                                   Jess V. Brasier
16
                                   (Original signatures retained by
17                                  AUSA Door)

18
```

### ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until March 1, 2010. The parties will advise the court at least 10 days prior to March 1, 2010, whether a further stay is necessary.

IT IS SO ORDERED.

Dated: November 20, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4 STIPULATION TO EXTEND STAY OF FURTHER
  PROCEEDINGS AND ORDER (PROPOSED)